UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.1 of this Court, Defendant Frontier Airlines Inc. ("Defendant" or "Frontier"), respectfully requests a two-week extension of time within which to respond to Plaintiff Nancy S. Casacca's ("Plaintiff") Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed this action on October 20, 2022. Plaintiff's Complaint seeks relief against Frontier under the Family and Medical Leave Act ("FMLA"). [D.E. 1].

2. Plaintiff served Frontier with her Complaint on October 24, 2022. Thus, Frontier's response to the Complaint is currently due on or before November 14, 2022.

3. Counsel for Defendant is currently in the process of investigating the factual allegations raised in the Complaint, and evaluating its legal claims. Due to other pressing business matters and business travel, the undersigned respectfully requests a two-week extension of time to prepare Defendant's response to Plaintiff's Complaint.

4. The undersigned counsel for Defendant respectfully submits that the additional time will permit him with the sufficient time needed to adequately evaluate the claims and allegations raised in the Complaint and prepare an adequate response.

5. Based on the foregoing, Defendant respectfully seeks the entry of an Order from this Court extending the deadline for Defendant to file its response to Plaintiff's Complaint by 14-days (*i.e.*, November 28, 2022). This Request is being made in good faith and not to delay these proceedings. Furthermore, Plaintiff does not oppose the requested relief.

**WHEREFORE**, Defendant Frontier Airlines Inc. respectfully requests the entry of an Order extending the deadline to respond to Plaintiff's Complaint by 14-days, until November 28, 2022. A Proposed Order is being submitted in accordance with the Court's Local Rules.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant, Miguel A. Morel, hereby certifies that he conferred with counsel for Plaintiff, Frank M. Malatesta, on November 9, 2022, regarding the relief requested in this motion. Mr. Malatesta stated that Plaintiff has no objection to the relief requested. The undersigned appreciates the professional courtesy extended by Mr. Malatesta.

**Dated**: November 9, 2022

Respectfully submitted,

By: */s/ Miguel A. Morel*
Miguel A. Morel
Florida Bar No. 89163
E-Mail: mamorel@littler.com
**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500

*Attorneys for Defendant,*
*Frontier Airlines Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of November 2022, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ Miguel A. Morel
Miguel A. Morel, Esq.

## SERVICE LIST

FRANK M. MALATESTA, ESQ.
Florida Bar No.: 0097080
MALATESTA LAW OFFICE
871 Venetia Bay Boulevard, Suite 235
Venice, Florida 34285
Telephone No.: (941) 256-3812
Facsimile No.: (888) 501-3865
E-Mail:  Frank@malatestalawoffice.com
E-Mail:  Staff@malatestalawoffice.com

*Counsel for Plaintiff*
*Served via CM/ECF*