UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME

**THIS CAUSE** having come before the Court on Defendant's Unopposed Motion For Extension of Time Respond To Plaintiff's Complaint (the "Motion"), and the Court having reviewed the file and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion is hereby **GRANTED**. Defendant may have an extension of time, through and including November 28, 2022, to file its response or other pleading to Plaintiff's Complaint.

**ENTERED** in chambers in Miami, Florida on this _____ day of November 2022.

 

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc:    All counsel of record