UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-23419-HUCK

NANCY S. CASACCA,

   *Plaintiff*,

v.

FRONTIER AIRLINES INC.,

   *Defendant*.

_____/

**ORDER ON MOTION FOR EXTENSION OF TIME**

**THIS CAUSE** is before the Court on Defendant Frontier Airlines Inc.'s Unopposed Motion for Extension of Time to Respond to the Complaint [ECF No. 4]. The Court has reviewed the Motion and the record, and concludes that good cause has been established to extend Frontier's response deadline. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 4] is **GRANTED**. Frontier shall have up to and including November 28, 2022, to respond to the Complaint.

**DONE AND ORDERED** in Miami, Florida on November 14, 2022.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record