UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

Defendant Frontier Airlines Inc, pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

**A. Certificate Of Interested Parties**

Below is a complete list of all known persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and identifiable legal entities related to a party:

1. Nancy S. Casacca, Plaintiff
2. Malatesta Law Office, Counsel for Plaintiff
3. Frank M. Malatesta, Esq., Counsel for Plaintiff
4. Frontier Airlines Inc., Defendant
5. Frontier Airlines Holdings, Inc.
6. Frontier Group Holdings, Inc.
7. Littler Mendelson, P.C., Counsel for Defendant
8. Miguel A. Morel, Esq., Counsel for Defendant

B.  **Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, notice is hereby given by counsel of record for Frontier Airlines, Inc., that the following corporate interests are disclosed:

1. The parent companies of the corporation: Frontier Airlines Holdings, Inc., which is wholly owned by Frontier Group Holdings, Inc.

2. Publicly held entities that own 10% or more of Frontier's stock: Frontier Group Holdings, Inc.

**Dated**: November 29, 2022                                   Respectfully submitted,

By:  */s/ Miguel A. Morel*
     Miguel A. Morel
     Florida Bar No. 89163
     E-Mail:  mamorel@littler.com
     **LITTLER MENDELSON, P.C.**
     Wells Fargo Center
     333 SE 2nd Avenue, Suite 2700
     Miami, FL 33131
     Telephone: (305) 400-7500

     *Attorneys for Defendant*
     *Frontier Airlines, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of November 2022, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

                                        */s/ Miguel A. Morel*
                                         Miguel A. Morel

## **SERVICE LIST**

FRANK M. MALATESTA, ESQ.
Florida Bar No.: 0097080
MALATESTA LAW OFFICE
871 Venetia Bay Boulevard, Suite 235
Venice, Florida 34285
Telephone No.: (941) 256-3812
Facsimile No.: (888) 501-3865
E-Mail:  Frank@malatestalawoffice.com
E-Mail:  Staff@malatestalawoffice.com

*Counsel for Plaintiff*
*Served via CM/ECF*

4888-3854-2399.1 / 057446-1068