UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NANCY S. CASACCA,

       PLAINTIFF,                    CASE NO.: 1:22 v. 23419

v.

FRONTIER AIRLINES INC.,

       DEFENDANT.
_____/

## NOTICE

The Plaintiff, by and through her undersigned attorney, hereby clarifies that the Plaintiff is not alleging a claim against the Defendant for FMLA interference pursuant to 29 U.S.C. § 2615(a)(1). Instead, Count I of the Complaint alleges the Defendant discharged the Plaintiff in retaliation for asserting her rights under the FMLA pursuant to 29 USC § 2615(a)(2).

Dated: December 8th, 2022.

                                                  /s/ Frank M. Malatesta
                                                  FRANK M. MALATESTA, ESQ.
                                                  Florida Bar No. 0097080
                                                  MALATESTA LAW OFFICE
                                                  871 Venetia Bay Blvd., Suite 235
                                                  Venice, Florida  34285
                                                  Telephone No.: (941) 256-3812
                                                  Facsimile No.:  (888) 501-3865
                                                  Frank@malatestalawoffice.com
                                                  Staff@malatestalawoffice.com
                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been filed with the Case Management/Electronic Case Files (CM/ECF) system on this 8th day of December, 2022 which shall send an email link to the document to all counsel of record.

      /s/ Frank M. Malatesta, Esq.

Frank M. Malatesta, Esq.