UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NANCY S. CASACCA,

        PLAINTIFF,                CASE NO.: 1:22 v. 23419

v.

FRONTIER AIRLINES INC.,

        DEFENDANT.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

      The Plaintiff, by and through his undersigned attorney, hereby discloses the following pursuant to this Court's Order Setting Jury Trial dated November 29, 2022:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly- traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Nancy S. Casacca, Plaintiff,

Frank M. Malatesta, Esq.
Malatesta PLLC d/b/a Malatesta Law Office.

Defendant: Frontier Airlines, Inc.
Counsel for the Defendant: Littler Mendelson P.C.

2.) the name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Unknown

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Unknown

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Nancy S. Casacca, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted: This 8th day of December 2022.

/s/ Frank M. Malatesta, Esq.
Frank M. Malatesta, Esq.
Florida Bar No.: 0097080
Malatesta Law Office
871 Venetia Bay Blvd., Suite 235
Venice, FL 34285
Phone: (941) 246 - 3812
Fax: (888) 501 - 6612
frank@malatestalawoffice.com
staff@malatestalawoffice.com