**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant, Frontier Airlines Inc. ("Defendant"), gives notice of the appearance of Janell M. Ahnert, Esq., of the law firm of Littler Mendelson, P.C. as counsel for Defendant. Please forward all pleadings, notices, correspondence, orders, and other papers to the undersigned counsel for the Defendant.

**Dated**: April 3, 2023

                Respectfully submitted,

By: */s/ Janell M. Ahnert*
Miguel A. Morel (FBN 89163)
E-mail: mamorel@littler.com
**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
305.400.7500 (Tel)
305.675.8497 (Fax)

Janell M. Ahnert (FBN 123161)
E-Mail:  jahnert@littler.com
**LITTLER MENDELSON, P.C.**
Shipt Tower
420 20th Street North, Suite 2300
Birmingham, AL  35203
205.421.4784 (Tel)
205.421.4699 (Fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of April 2023, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Janell M. Ahnert*
Janell M. Ahnert

## SERVICE LIST

FRANK M. MALATESTA, ESQ.
Florida Bar No.: 0097080
MALATESTA LAW OFFICE
871 Venetia Bay Boulevard, Suite 235
Venice, FL 34285
Telephone No.: (941) 256-3812
Facsimile No.: (888) 501-3865
E-Mail: Frank@malatestalawoffice.com
E-Mail: Staff@malatestalawoffice.com

*Counsel for Plaintiff*
*Served via CM/ECF*

4878-5321-3018.1 / 057446-1068