UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NANCY S. CASACCA,

    Plaintiff,

v.                                                      CASE NO. 1:22-cv-23419-PCH

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**JOINT MOTION TO EXTEND REMAINING
DEADLINES AND TRIAL SETTING**

The Parties hereby jointly request that the Court extend the remaining deadlines and continue the current trial setting 60 days:

1. The parties have engaged in written discovery.

2. Due to scheduling conflicts with the attorneys in this matter and the mediator, mediation in this case is not set until May 23, 2023.

3. This extension would permit the parties to focus on mediation efforts and attempt to resolve the case without incurring additional deposition and summary judgment fees.

4. Based on the foregoing, the parties respectfully request that the court extend the calendar call extended to a mid or late September 2023 jury week. This

extension will have the effect of extending both the discovery cutoff and summary judgment deadlines in this matter until 55 days before the new trial setting.

Respectfully submitted this 25th day of April, 2023.

| By: */s/ Frank M. Malatesta* | By: */s/ Janell M. Ahnert* |
|---|---|
| Frank M. Malatesta (FBN 0097080) **MALATESTA LAW OFFICE** 871 Venetia Bay Boulevard, Suite 235 Venice, FL 34285 (941) 256-3812 (Tel) (888) 501-3865 (Fax) Frank@malatestalawoffice.com Staff@malatestalawoffice.com  Counsel for Plaintiff | Miguel A. Morel (FBN 89163) **LITTLER MENDELSON, P.C.** Wells Fargo Center 333 SE 2nd Ave., Suite 2700 Miami, FL 33131 305.400.7500 (Tel) 305.675.8497 (Fax) mamaorel@littler.com  Janell M. Ahnert (FBN 123161) **LITTLER MENDELSON, P.C.** Shipt Tower 420 20th Street North, Suite 2300 Birmingham, AL  35203 205.421.4784 (Tel) 205.421.4699 (Fax) jahnert@littler.com  Counsel for Defendant |