UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  22–cv–23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**ORDER RE-SETTING TRIAL, CALENDAR CALL,
AND REMAINING PRE-TRIAL DEADLINES**

THIS MATTER is before the Court on the parties' Joint Motion to Extend Remaining Deadlines and Trial Setting (the "Joint Motion") [ECF No. 14].  The parties request a 60-day continuance of trial "to a mid or late September 2023 jury week." Having reviewed the Joint Motion, it is hereby

**ORDERED and ADJUDGED** that the Joint Motion **[ECF No. 14]** is **GRANTED**.  The trial is re-set for the two-week period beginning **Monday, September 11, 2023, at 9:00 a.m. Calendar Call will be Wednesday, September 6, 2023, at 9:00 a.m.** before the Honorable Paul C. Huck, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida.  **The timetable for pretrial procedures** remains the same as described in the Court's Trial Order [ECF No. 7] and **should be based on the new trial date**.

  DONE AND ORDERED in chambers at Miami, Florida on April 26, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record