UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**MEDIATION REPORT**

This matter was mediated before the undersigned mediator on May 17th, 2023.  The mediation was conducted via Zoom teleconference, and all parties participated.  The mediation session resulted in an impasse.

Dated: May 17, 2023

                                      Respectfully Submitted,

                                      *Robyn S. Hankins*
                                      Certified Mediator – Florida Supreme Court
                                      Florida Bar No. 0008699
                                      ROBYN S. HANKINS, P.L.
                                      1217 Merlot Dr.
                                      Palm Beach Gardens, Fl.  33410
                                      Telephone: (561) 721-3890
                                      robyn@hankins-law.com
                                      scott@hankins-law.com

**Certificate of Service**

2

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: **_/s/Robyn Hankins_**
Robyn Hankins