## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

NANCY S. CASACCA,

      Plaintiff,

v.                                 CASE NO. 1:22-cv-23419-PCH

FRONTIER AIRLINES INC.,

      Defendant.

_____/

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

      Plaintiff Nancy S. Casacca and Defendant Frontier Airlines, Inc., pursuant to Fed. R. Civ. P. 26(c), hereby move for entry of the attached Stipulated Protective Order. The parties have stipulated to the protective order to protect information they deem confidential. Plaintiff and Defendant believe entry of the protective order will expedite discovery and facilitate prompt resolution of disputes over confidentiality and provide adequate protection of the confidential information of each party.

      **WHEREFORE**, Plaintiff and Defendant respectfully request that the Court enter the attached Stipulated Protective Order as proposed.

 **Dated**: May 30, 2023                  Respectfully Submitted,

*By:  /s/ Frank M. Malatesta*        *By: /s/ Janell M. Ahnert*
Frank M. Malatesta (FBN 0097080)     Miguel A. Morel (FBN 89163)
MALATESTA LAW OFFICE          LITTLER MENDELSON, P.C.
871 Venetia Bay Boulevard, Suite 235   Wells Fargo Center
Venice, FL 34285                333 SE 2nd Ave., Suite 2700
(941) 256-3812 (Tel)             Miami, FL 33131
Frank@malatestalawoffice.com      305.400.7500 (Tel)
Staff@malatestalawoffice.com       mamorel@littler.com

*Counsel for Plaintiff*              Janell M. Ahnert (FBN 123161)
                                  LITTLER MENDELSON, P.C.
                                  420 20th Street North, Suite 2300
                                  Birmingham, AL  35203
                                  205.421.4784 (Tel)
                                  jahnert@littler.com

                                  *Counsel for Defendant*