**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NANCY S. CASACCA,

    Plaintiff,

v.                                                                              CASE NO. 1:22-cv-23419-PCH

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**ORDER ON DEFENDANT'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

**THIS CAUSE** having come before the Court on Defendant's Unopposed Motion For Extend Remaining Deadlines and Trial Setting (the "Motion"), and the Court having reviewed the file and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion is hereby **GRANTED**. The calendar call for the jury trial in this matter is extended until _____. This extension will have the effect of extending both the discovery cutoff and summary judgment deadlines in this matter until 55 days before the new trial setting.

**ENTERED** in chambers in Miami, Florida on this _____ day of June 2023.

                                                                                        _____
                                                                                        PAUL C. HUCK
                                                                                        U.S. DISTRICT COURT JUDGE

cc: All counsel of record