UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion to Extend the Remaining Deadlines and Trial Setting ("Motion") [ECF No. 19]. This is the parties' second motion to extend the deadlines. On April 25, 2023, the parties filed a Joint Motion to Extend Remaining Deadlines and Trial Setting [ECF No. 14]. On April 26, 2023, the Court granted that motion and reset the trial from its original date, the two-week period commencing Monday, July 17, 2023, to the two-week period commencing Monday, September 11, 2023. *See* Order Re-Setting Trial, Calendar Call, and Remaining Pre-Trial Deadlines [ECF No. 15]. The Court has reviewed the present motion and is otherwise advised on the premises, and it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The trial is reset for the two-week period commencing Monday, October 2, 2023. The pre-trial deadlines are adjusted accordingly, pursuant to the Court's Order Setting Civil Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge [ECF No. 7]. The Court will grant no additional extension unless there is an emergency.

**DONE AND ORDERED** in Chambers in Miami, Florida, on June 30, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record