**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NANCY S. CASACCA,

     Plaintiff,

v.                                     CASE NO. 1:22-cv-23419-PCH

FRONTIER AIRLINES INC.,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, Plaintiff, Nancy S. Casacca, and Defendant, Frontier Airlines Inc., pursuant to Local Rule 16.2.F, hereby advise the Court that they have reached an agreement to settle the instant case. The Parties are currently working on the settlement agreement and respectfully request a stay of all deadlines until the Joint Stipulation of Dismissal is filed.

**Dated**: August 3, 2023                         Respectfully submitted,

| By: */s/ Frank M. Malatesta* | By: */s/ Miguel A. Morel* |
|---|---|
| Frank M. Malatesta (FBN 0097080) | Miguel A. Morel (FBN 89163) |
| **MALATESTA LAW OFFICE** | **LITTLER MENDELSON, P.C.** |
| 871 Venetia Bay Boulevard, Suite 235 | Wells Fargo Center |
| Venice, FL 34285 | 333 SE 2nd Ave., Suite 2700 |
| (941) 256-3812 (Tel) | Miami, FL 33131 |
| (888) 501-3865 (Fax) | 305.400.7500 (Tel) |
| Frank@malatestalawoffice.com | 305.675.8497 (Fax) |
| Staff@malatestalawoffice.com | mamaorel@littler.com |
| | |
| Counsel for Plaintiff | Janell M. Ahnert (FBN 123161) |
| | **LITTLER MENDELSON, P.C.** |
| | Shipt Tower |
| | 420 20th Street North, Suite 2300 |
| | Birmingham, AL  35203 |
| | 205.421.4784 (Tel) |
| | 205.421.4699 (Fax) |
| | jahnert@littler.com |
| | |
| | Counsel for Defendant |

4859-6976-5749.1 / 057446-1068