UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-cv-23419-PCH**

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**ORDER CLARIFYING CALENDAR CALL DATE**

    **THIS CAUSE** comes before the Court *sua sponte*. On June 30, 2023, the Court issued an Order on Defendant's Unopposed Motion for Extension of Time [ECF No. 20], in which the Court reset the trial date in this matter to the two-week period commencing Monday, October 2, 2023. It was the Court's intention for the calendar call date to also be reset.

    Accordingly, it is

    **ORDERED AND ADJUDGED** that the date for the calendar call **SHALL** be moved from September 6, 2023, at 9 a.m. to **September 27, 2023, at 9:00 a.m.**

    **DONE AND ORDERED** in Chambers in Miami, Florida, on August 8, 2023.

                                                          PAUL C. HUCK
                                                          UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record