UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NANCY S. CASACCA,

    Plaintiff,

v.                                                    CASE NO. 1:22-cv-23419-PCH

FRONTIER AIRLINES INC.,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nancy S. Casacca and Defendant Frontier Airlines, Inc. (collectively, the "Parties"), hereby stipulate and agree to dismiss with prejudice all claims asserted or that could have been asserted by Plaintiff in this action. The Parties agree and stipulate to bear their own costs and attorney's fees. This dismissal disposes of all claims in this matter.

Respectfully submitted this 25th day of August 2023.

| By: /s/ Frank M. Malatesta | By: /s/ Miguel A. Morel |
|---|---|
| Frank M. Malatesta (FBN 0097080) | Miguel A. Morel (FBN 89163) |
| **MALATESTA LAW OFFICE** | **LITTLER MENDELSON, P.C.** |
| 871 Venetia Bay Boulevard, Suite 235 | 333 SE 2nd Ave., Suite 2700 |
| Venice, FL 34285 | Miami, FL 33131 |
| (941) 256-3812 (Tel) | 305.400.7500 (Tel) |
| (888) 501-3865 (Fax) | 305.675.8497 (Fax) |
| Frank@malatestalawoffice.com | mamaorel@littler.com |
| Staff@malatestalawoffice.com | |
| | Janell M. Ahnert (FBN 123161) |
| Counsel for Plaintiff | **LITTLER MENDELSON, P.C.** |
| | 420 20th Street North, Suite 2300 |
| | Birmingham, AL 35203 |
| | 205.421.4784 (Tel) |
| | 205.421.4699 (Fax) |
| | jahnert@littler.com |
| | |
| | Counsel for Defendant |