UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-23419-PCH

NANCY S. CASACCA,

    Plaintiff,

v.

FRONTIER AIRLINES INC.,

    Defendant.

_____/

**CLOSED CIVIL CASE**

**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE**

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 23], which was filed on August 25, 2023. The parties advise the Court that they stipulate and agree to dismissal of the above-captioned action with prejudice with each party bearing its own costs and attorney's fees. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs. All pending motions in this civil action are thus **DENIED as MOOT**. And the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, on August 29, 2023.

Paul C. Huck
United States District Judge

CC: All Counsel of Record